

# Synergistics
BANKING CARD SECURITY

## ATM Access (ATMA) NFC Enabled Card System With SKIM-ASSURE™ Technology

**Synergistics's ATMA card access system's unmatched reliability, low cost, and high quality provides the best value for your access control security investments**



### What is it?

Synergistics's new enabled reader and controller with **SKIM-ASSURE™** technology helps detect skimmers and generates alarms when they are discovered. Our new kits are retrofitted to ensure compatibility with any of our earlier models and takeovers of our competitors' access control units for easy system upgrades.

**Now with NFC enabled card-less Access**

NFC cards and enabled phones are now able to interface with the Synergistics Skim-Assure reader to grant admittance into the ATM vestibule. This allows for bank vestibule access control without the need to insert a bank card into the reader.



### What does it do?

**SKIM-ASSURE™** with **NFC** technology detects and inhibits skimming operations and generates an alarm or a system notification in the event of;
- Wire cut
- Skimmer pressure mount
- Reader or controller tampering
- Auxiliary relay
- Unauthorized wireless entry attempt



### How does it work?

Powered by our ATMA management software, it provides low cost remote access to resolve most of your access control support needs. With our software, most service requests can be handled without sending a technician to the field. You get access to status messages from ATMA controllers indicating online/offline, skimmer present, tamper or ambient lighting too low. Most alarms can be resolved remotely with the click of a button after an investigation.



**Ordering Information**
NFC enabled ● Part number - 05-0550
Single-branch ● Part number –04-0402
Multi-branch ● Part number - 04-0404

📞 +1 866-455-5222    ✉ sales@mgiaccess.com    📍 16 Tech Circle Natick, MA 01760



Copyright 2018 Millennium Group Inc.

# WHY CHOOSE US



Remote alarm reset for most issues

## Upgrade option 1



Older model controller and reader installed

Upgrade to new NFC enabled controller and ATMA reader with SKIM-ASSURE™ technology

Operates on software with ATMA NFC and SKIM-ASSURE™ technology

## Upgrade option 3



Competitor's controller and reader installed

Upgrade to new NFC enabled controller and ATMA reader with SKIM-ASSURE™ technology

Operates on software with ATMA NFC and SKIM-ASSURE™ technology

## Upgrade option 2



Older model controller and reader installed

Upgrade to new controller and retain older model ATMA reader. Will not have access to SKIM-ASSURE™ and NFC technology



New NFC enabled ATMA reader with SKIM-ASSURE™ technology can be added at a later date

Operates on software without ATMA NFC and SKIM-ASSURE™ technology and ambient light sensor**

|  | Competitor | Synergistics NFC enabled ATMA with SKIM-ASSURE™ | Synergistics ATMA with SKIM-ASSURE™ (Standard) |
|---|---|---|---|
| Contactless NFC card access | X | X |  |
| Wireless mobile NFC activated device access | X | X |  |
| Customizable bank card access permissions | X | X | X |
| Customizable access hours | X | X | X |
| Anti-skimming sensors** | X | X | X |
| Ambient light sensor** | X | X | X |
| Tamper alarms | X | X | X |
| Integrated alarm monitoring | X | X | X |
| Power status detection indicator | X | X | X |
| Card acceptance status signal |  | X | X |
| Remote alarm reset |  | X | X |
| Remote system configuration |  | X | X |
| Remote firmware updates |  | X | X |
| Unified hosting for multiple sites |  | X | X |
| Upgrade from old system |  | X | X |
| Upgrade from competitor system compatible (same wiring requirement) |  | X | X |

### Ordering Information
NFC enabled ● Part number – 05-0550
Single-branch ● Part number – 04-0402
Multi-branch ● Part number - 04-0404

** Features not available with upgrade option 2

 +1 866-455-5222     sales@mgiaccess.com     16 Tech Circle Natick, MA 01760



Copyright 2018 Millennium Group Inc.