# HESPOS & PORCO LLP

### ATTORNEYS AT LAW

**110 West 40th Street - Suite 2501**
**New York, NY  10018-3659**

Gerald E. Hespos
Michael J. Porco
Matthew T. Hespos
Kristin N. Matera
Adam Hotzoglou

T:  (212) 725-2450
F:  (212) 725-2452
email@hpiplaw.com

*<u>VIA E-MAIL AND POST</u>*

February 13, 2017

Greg Goldman
President
Synergistics Premier Banking
16 Tech Circle
Natick, MA 01760

Re:   Parabit Systems Inc.

Dear Mr. Goldman:

We represent Parabit Systems Inc. ("Parabit") in various intellectual property matters. Parabit respects the intellectual property rights of others, just as Parabit expects others to respect its rights.

It has come to our attention that you had a conversation in late 2016 at a trade show regarding your company's access control reader with Parabit's President Mr. Robert Leiponis. It is our understanding that during that conversation, you offered to send a sample of said access control reader to Mr. Leiponis for inspection.  Therefore, please contact Mr. David Nation of Parabit to make the necessary arrangements to have a sample sent to Parabit's office.

If you have any questions about this matter, please feel free to contact me.

Very truly yours,

Michael J. Porco

MJP:haa